AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| STEVEN NOVIA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-CV-11036-AK |
| MOBIZ INC., ET AL. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant MoBiz Inc.

Date:   05/28/2025

/s/ John J. Butts
*Attorney's signature*

John J. Butts, BBO# 643201
*Printed name and bar number*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
*Address*

John.Butts@wilmerhale.com
*E-mail address*

(617) 526-6515
*Telephone number*

(617) 526-5000
*FAX number*