**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STEVEN NOVIA., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
|  | ) Civil Action No. 25-CV-11036-AK |
| v. | ) |
| MOBIZ INC. ET AL, | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendant (s). | ) |

**NOTICE OF DEFAULT**

For failure of the defendant, **Harris Brothers of Michigan, Inc.**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this **16th day of June, 202**5.

ROBERT M. FARRELL
CLERK OF COURT

Dated: June 16, 2025                By the Court,

/s/ Courtney Horvath
Deputy Clerk

Notice Mailed to:
All Counsel of Record