**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
           **Plaintiff(s),**

   **v.**                                              **CIVIL ACTION**
                                                       **NO. \_\_\_\_-_____**

_____
           **Defendant(s),**

**[SAMPLE]**
**PROPOSED ORDER FOR DEFAULT JUDGMENT**

**A. KELLEY, D.J.**

   Defendant _____, having failed to plead or otherwise defend in this action and its default having been entered,

   Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $_____, that defendant is not an infant or incompetent person or in the military service of the United States, and that the plaintiff has incurred costs in the sum of $_____.

   It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant _____ the principal amount of $_____, with costs in the amount of $_____ and prejudgment interest at the rate of _____% from _____ to _____ in the amount of $_____ for a total judgment of $_____ with interest as provided by law.

                                                            By the Court,

Dated: _____                                   _____
                                                            Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____%.