UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>MOBIZ INC.; HARRIS BROTHERS OF MICHIGAN, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-11036-AK |

### DEFENDANT MOBIZ INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mobiz Inc. states that it is a private company that has no parent corporation. No publicly held company owns 10% or more stock in it.

Dated: July 3, 2025                                             Respectfully submitted,

 /s/ John J. Butts
John J. Butts (BBO No. 643201)
Tyler P. Carroll (BBO No. 711952)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000 (t)
(617) 526-5000 (f)
john.butts@wilmerhale.com
tyler.carroll@wilmerhale.com

*Counsel for Mobiz Inc.*

**CERTIFICATE OF SERVICE**

      I, John J. Butts, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 3rd day of July, 2025.

                                              /s/ *John J. Butts*
                                              John J. Butts