UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>MOBIZ INC.; HARRIS BROTHERS OF MICHIGAN, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-11036-AK |

**DECLARATION OF JOHN J. BUTTS IN SUPPORT OF
DEFENDANT MOBIZ INC.'S MOTION TO DISMISS**

I, John J. Butts, hereby declare under penalty of perjury as follows:

1.      I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and one of the counsel representing Mobiz Inc in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Mobiz Inc.'s Motion to Dismiss the Amended Complaint.

2.      Attached as Exhibit A is a true and correct copy of Mobiz's Terms and Conditions of Use, available at https://www.getmobiz.com/terms-and-conditions-of-use.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of July, 2025, in Boston, Massachusetts.

                                                                              */s/ John J. Butts*
                                                                              John J. Butts