UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MOBIZ, INC.; HARRIS BROTHERS OF MICHIGAN, INC.,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-11036-AK |

## NOTICE OF APPEARANCE

　　Please enter my appearance as counsel for Defendant Harris Brothers of Michigan, Inc. in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Daniel J. Cloherty*
　　　　　　　　　　　　　　　　　Daniel J. Cloherty (BBO #565772)
　　　　　　　　　　　　　　　　dcloherty@clohertysteinberg.com
　　　　　　　　　　　　　　　CLOHERTY & STEINBERG LLP
　　　　　　　　　　　　　　　One Financial Center, Suite 1120
　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　617-481-0160

Dated: July 14, 2025

## CERTIFICATE OF SERVICE

　I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on July 14, 2025.

　　　　　　　　　　　　　　　*/s/ Daniel J. Cloherty*
　　　　　　　　　　　　　　　Daniel J. Cloherty