UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>      v.<br><br>MOBIZ, INC.; HARRIS BROTHERS OF MICHIGAN, INC.,<br><br>   Defendants. | Civil Action No. 1:25-cv-11036-AK |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant Harris Brothers of Michigan, Inc. in the above-captioned case.

> Respectfully submitted,
>
> */s/ Alexandra Arnold*
> Alexandra Arnold (BBO #706208)
> aarnold@clohertysteinberg.com
> CLOHERTY & STEINBERG LLP
> One Financial Center, Suite 1120
> Boston, MA 02111
> 617-481-0160

Dated: July 14, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on July 14, 2025.

> */s/ Alexandra Arnold*
> Alexandra Arnold

1