AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| STEVEN NOVIA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-CV-11036-AK |
| MOBIZ INC., ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mobiz Inc.

Date: 07/24/2025

/s/ Elizabeth J. Bedrick
*Attorney's signature*

Elizabeth J. Bedrick , BBO # 713985
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Address*

elizabeth.bedrick@wilmerhale.com
*E-mail address*

(617) 526-6188
*Telephone number*

(617) 526-5000
*FAX number*