UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOBIZ, INC.; HARRIS BROTHERS OF MICHIGAN, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-11036-AK |

## DECLARATION OF DAVID HARRIS

I, David Harris, declare the following:

1. I am a co-owner and operator of Harris Brothers of Michigan, Inc. ("Harris Brothers").

2. I am familiar with the facts set forth below and can testify to them based on my personal knowledge.

3. Harris Brothers was started in 1995 by my brother, Don Harris, and me, and it is a small, family-owned auction company that sells high-end collectibles, such as antique toys, gold and silver jewelry, and old signs and advertising.

4. Harris Brothers is a Michigan corporation, and its principal place of business is located at 127 South Saginaw Street in Byron, Michigan.

5. Harris Brothers is not, and has never been, registered to do business in Massachusetts.

6. Harris Brothers does not have, and has never had, any offices, managers, employees, property, assets, or bank accounts in Massachusetts.

7. Harris Brothers does not conduct business, advertise, or solicit customers in Massachusetts, and never has.

I declare under penalty of perjury that the foregoing is true and correct.

_____
David Harris

Executed this 7th day of August 2025