IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STEVEN NOVIA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MOBIZ INC.**<br>**AND**<br>**HARRIS BROTHERS**<br>**OF MICHIGAN, INC.**<br><br>*Defendants.* | Case No.<br>   1:25-cv-11036-AK<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Steven Novia respectfully moves this Court for an extension of time to respond to Defendant's Motion to Dismiss (ECF No. 29) to September 5, 2025. Pursuant to L.R. 7.1, counsel for the Defendant consented to this relief. In support of this Motion, Plaintiff states as follows:

1. Defendant filed the motion to dismiss on August 8, 2025.

2. Plaintiff requests an extension of time to and including September 5, 2025 to file his response. This extension is requested to allow Plaintiff adequate time to respond to the arguments raised in the Motion to Dismiss and to accommodate counsel's scheduling obligations.

3. Defendant consents to the requested extension.

4. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the extension.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 29) to September 5, 2025

Dated: August 12, 2025         PLAINTIFF, on behalf of himself
                               and others similarly situated,


                               */s/ Anthony I. Paronich*
                               Anthony I. Paronich
                               Paronich Law, P.C.
                               350 Lincoln Street, Suite 2400
                               Hingham, MA 02043
                               (508) 221-1510
                               anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: August 12, 2025

                               */s/ Anthony I. Paronich*
                               Anthony I. Paronich