# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 25-CV-11036-AK |
| MOBIZ, INC. AND HARRIS BROTHERS OF MICHIGAN, INC., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF ENTRY OF APPEARANCE OF ALLISON MCFARLAND

Allison McFarland, of the law firm Taft Stettinius & Hollister LLP, a member in good standing of the Bar of this Court, and pursuant to Local Rule 83.5.2, hereby enters her appearance on behalf of Defendant Mobiz, Inc.

Dated: March 31, 2026

Respectfully submitted,

*/s/  Allison McFarland*
Allison McFarland (BOB# 703697)
amcfarland@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH  44114-2302
P: 216.241.2838 | F: 216.241.3707

Theodore O'Brien (BBO# 710462)
(Application for Admission to this U.S.
District Court pending)
tobrien@taftlaw.com
Taft Stettinius & Hollister LLP
675 Fifteenth Street, Suite 2300
Denver, CO 80202
P: 303.297.2900 | F: 303.298.0940

Ian H. Fisher (*pro hac vice* forthcoming)
ifisher@taftlaw.com
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601

2

P: 312.527.4000 | F: 312.527.4011

*Attorneys for Defendant Mobiz Inc*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing  to be served upon all parties by electronic mail and this Court's ECF system, this 31st day of March, 2026.

*/s/  Allison McFarland*
Allison McFarland