**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated,<br><br>     Plaintiff<br><br>v.<br><br>MOBIZ INC.; HARRIS BROTHERS OF MICHIGAN, INC.,<br><br>     Defendants. | Civil Action No. 1:25-cv-11036-AK |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c), Defendant Mobiz Inc. ("Mobiz") provides notice that Tyler P. Carroll of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws as counsel of record for Mobiz in the above-captioned matter.

Successor counsel has entered an appearance (ECF No. 38) and will continue to represent Mobiz. Additionally, no motion is pending, no trial date or evidentiary hearing has been set, and no reports are currently due.

Dated: April 1, 2026         Respectfully submitted,

                  */s/ Tyler P. Carroll*
                  Tyler P. Carroll (BBO No. 711952)
                  WILMER CUTLER PICKERING
                   HALE AND DORR LLP
                  60 State Street
                  Boston, MA 02109
                  (617) 526-6000 (t)
                  (617) 526-5000 (f)
                  tyler.carroll@wilmerhale.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 1, 2026.

*/s/ Tyler P. Carroll*
Tyler P. Carroll