**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 25-CV-11036-AK |
| MOBIZ, INC. AND HARRIS BROTHERS OF MICHIGAN, INC., | ) ) ) | Hon. Angel Kelley |
| Defendants. | ) ) | |

**DEFENDANT MOBIZ, INC.'S SECOND ASSENTED TO MOTION FOR**
**EXTENSION OF TIME TO ANSWER THE COMPLAINT AND**
**FOR A CONTINUANCE OF THE SCHEDULING CONFERENCE**

Defendant Mobiz Inc. ("Mobiz"), by and through undersigned counsel, respectfully moves this Court for a two-week extension of time up to and including April 28, 2026, to answer or otherwise respond to Plaintiff Steven Novia's Class Action Complaint and Demand for Jury Trial ("Complaint"), and for a two-week continuance of the Scheduling Conference to May 14, 2026, or any date thereafter. In support of this Assented To Motion, Mobiz states as follows:

1.      In this case, Plaintiff, on behalf of himself and others similarly situated, has brought a class action lawsuit against Defendant Mobiz and Co-Defendant Harris Brothers of Michigan, Inc. ("Harris Brothers"). [ECF No. 1.] In the Complaint, Plaintiff alleges Defendants violated the Telephone Consumer Protection Act of 1991 ("TCPA").

2.      On July 3, 2025, Mobiz filed a Motion to Dismiss. [ECF No. 18.]

3.      On March 17, 2026, the Court denied Mobiz's Motion to Dismiss. [ECF No. 35.]

4.      On March 31, 2026, Mobiz filed an assented to Motion for Extension seeking an additional two weeks, until April 14, 2026, to answer the Complaint. [ECF No. 39.]  The Court

granted the motion, giving Mobiz until April 14, 2026, to file its answer and re-setting the scheduling conference to April 30, 2026, at 3 p.m. [ECF Nos. 43& 44.]

5.     Mobiz respectfully requests that the Court extend its time to answer by two weeks, to April 28, 2026. Mobiz further respectfully requests that the Court reset the Scheduling Conference by two weeks, to May 14, 2026, or such later date as is convenient for the Court, with the deadline for submission of the joint scheduling report seven days prior to the rescheduled Scheduling Conference.

6.     Good cause exists for the extension of the answer deadline and continuance of the Scheduling Conference because Mobiz recently retained the undersigned counsel to substitute as its counsel of record. Undersigned counsel filed their entry of appearance on April 14, 2026. And Mobiz's prior counsel filed notices of withdrawas as counsel on April 1, 2026. [ECF Nos. 40-42.]

7.     Also, the parties which to engage in an informal, pre-discovery exchange of information and desire to jointly seek protective order from the Court to protect sensitive documents that they will exchange.  The parties expect to submit the request for a protective order within the next three days.

8.     Pursuant to Local Rule 40.3, Mobiz states that Mobiz previously sought and obtained an assented to extension of time to file a response to the Complaint, which preceded the July 3, 2025 Motion to Dismiss. [ECF Nos. 9-10.] Plaintiff sought and obtained an assented to extension of time to file his opposition to that Motion to Dismiss. [ECF Nos. 31-32.] And, as noted, Mobiz sought and obtained an assented to extension of time to file its answer to the Complaint after the Court denied its motion to dismiss.  [ECF No. 43.]

9.     Pursuant to Local Rule 7.1, counsel for Mobiz certifies that, prior to filing this Assented To Motion, it separately conferred with counsel for Plaintiff and counsel for Co-

Defendant Harris Brothers. Plaintiff consents to this Assented To Motion and agrees with the relief requested herein. Harris Brothers also consents to this Assented To Motion and agrees with the relief requested herein.

10.     This Assented To Motion is brought in good faith and will not cause prejudice to the parties.

WHEREFORE, Mobiz respectfully request this Court grant this Assented To Motion giving Mobiz a two-week extension of time up to and including April 14, 2026 to answer Plaintiff's Class Action Complaint and granting a continuance of the Scheduling Conference until April 29, 2026, or such later date as is convenient for the Court.

Dated: April 13, 2026                                      Respectfully submitted,

*/s/  Allison McFarland*
Allison McFarland (BOB# 703697)
amcfarland@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH  44114-2302
P: 216.241.2838 | F: 216.241.3707

Theodore O'Brien (BBO# 710462)
(Application for admission to this U.S. District Court pending)
tobrien@taftlaw.com
Taft Stettinius & Hollister LLP
675 Fifteenth Street, Suite 2300
Denver, CO 80202
P: 303.297.2900 | F: 303.298.0940

Ian H. Fisher (*pro hac vice* forthcoming)
ifisher@taftlaw.com
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
P: 312.527.4000 | F: 312.527.4011

*Attorneys for Defendant Mobiz Inc.*

3

**<u>CERTIFICATE OF CONFERENCE</u>**

I certify that, pursuant to Local Rule 7.1(a)(2), I conferred with counsel for Plaintiff, Anthony Paronich, on April 13, 2026, and with counsel for Harris Brothers, Danniel Cloherty, on April 13, 2026, regarding this motion that both counsel agreed to this extension of time.

*/s/  Ian H. Fisher*
Ian H. Fisher (*pro hac vice* forthcoming)

4

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing  to be served upon all parties by electronic mail and this Court's ECF system, this 13th day of April, 2026.

*/s/  Allison McFarland*
Allison McFarland