**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 25-CV-11036-AK |
| MOBIZ, INC. and HARRIS BROTHERS OF MICHIGAN, INC., | ) ) ) ) |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Allison McFarland, am a member in good standing of the bar of this Court and the attorney of record for Defendant Mobiz Inc. in this case. My bar number is 703697. Pursuant to Local Rule 83.5.3, I am moving for the admission of Ian H. Fisher to appear *pro hac vice* in this case as counsel for Defendant Mobiz Inc. Mr. Fisher is a member of the bar of Illinois, as well as the following federal courts:  the United States Supreme Court, Seventh Circuit Court of Appeals, Eighth Circuit Court of Appeals, Northern District of Illinois (trial bar), the Central District of Illinois, and Eastern District of Wisconsin. I have verified that Mr. Fisher is a member in good standing of the bars to which he is admitted, and his Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Ian H. Fisher as co-counsel for Defendant Mobiz Inc. in the above-captioned case.

Dated: April 21, 2026

Respectfully submitted,

*/s/  Allison McFarland*
Allison McFarland (BOB# 703697)
amcfarland@taftlaw.com
Taft Stettinius & Hollister LLP

200 Public Square, Suite 3500
Cleveland, OH  44114-2302
P: 216.241.2838 | F: 216.241.3707

Theodore O'Brien (BBO# 710462)
(Application for admission to this U.S. District
Court pending)
tobrien@taftlaw.com
Taft Stettinius & Hollister LLP
675 Fifteenth Street, Suite 2300
Denver, CO 80202
P: 303.297.2900 | F: 303.298.0940

Ian H. Fisher (*pro hac vice* forthcoming)
ifisher@taftlaw.com
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
P: 312.527.4000 | F: 312.527.4011

*Attorneys for Defendant Mobiz Inc.*

## <u>LOCAL RULE 7.1 (A) (2) CERTIFICATION</u>

I certify that, pursuant to Local Rule 7.1(a)(2), I conferred with counsel for Plaintiff, Anthony Paronich, and with counsel for Harris Brothers, Danniel Cloherty, on April 21, 2026, regarding this motion that both counsel assented to this motion.

*/s/  Ian H. Fisher*
Ian H. Fisher (*pro hac vice* forthcoming)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing  to be served upon all parties by electronic mail and this Court's ECF system, this 21st day of April, 2026.

*/s/  Allison McFarland*
Allison McFarland