# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STEVEN NOVIA, individually and on behalf of all others similarly situated,  )
)
)
Plaintiff,  )
)
v.  )   Civil Action No. 25-CV-11036-AK
)
MOBIZ, INC. and HARRIS BROTHERS OF MICHIGAN, INC.,  )
)
)
Defendants.  )

## RULE 83.5.3(e)(3) CERTIFICATION

Pursuant to Local Rule 83.5.3(e)(3), I, Ian H. Fisher, hereby certify the following:

1.      I am admitted to practice in the State of Illinois and numerous federal courts (list attached as Exhibit A) and am a member in good standing in every jurisdiction in which I have been admitted to practice.

2.      I am not the subject of pending disciplinary proceedings in any jurisdiction.

3.      I have not previously had an admission to this Court revoked for misconduct.

4.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: April 21, 2026                          Respectfully submitted,

*/s/Ian H. Fisher*
Ian H. Fisher
ifisher@taftlaw.com
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
P: 312.527.4000 | F: 312.527.4011

**Exhibit A**

**Bar Admissions of Ian H. Fisher**

| Court of Admission | Date of Admission |
|---|---|
| Illinois State Bar (ARDC# 6224920) | November 10, 1994 |
| U.S. District Court for the Northern District of Illinois | December 20, 1994 |
| U.S. District Court for the Eastern District of Wisconsin | October 13, 1998 |
| United States Supreme Court | August 4, 2000 |
| U.S. Court of Appeals for the Eighth Circuit | June 25, 2004 |
| U.S. Court of Appeals for the Seventh Circuit | October 3, 2008 |
| U.S. District Court for the Central District of Illinois | February 14, 2014 |