**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOBIZ, INC. and HARRIS BROTHERS OF MICHIGAN, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 25-CV-11036-AK<br>)<br>)<br>)<br>)<br>)<br>) |

**(PROPOSED) ORDER**

Upon consideration of the motion to admit Ian H. Fisher *pro hac vice* in the above-captioned case, any response thereto and hearing thereon, it is this _____ day of _____, 2026, hereby ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED.

_____
Judge, United States District Court
for the District of Massachusetts