**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 25-CV-11036-AK |
| MOBIZ, INC. AND HARRIS BROTHERS OF MICHIGAN, INC., | ) ) ) | Hon. Angel Kelley |
| Defendants. | ) ) | |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Defendant Mobiz Inc. ("Mobiz") and Plaintiff Steven Novia, through counsel and pursuant

to Fed. R. Civ. P. 26(c), hereby move the Court to enter the attached Stipulated Protective Order.

The Stipulated Protective Order has been agreed to and fully executed by Defendant Mobiz and

Plaintiff and is incorporated as an exhibit to this Motion.

Dated: April 21, 2026                               Respectfully submitted,

| | |
|---|---|
| */s/  Allison McFarland* | */s/  Anthony Paronich* |
| Allison McFarland (BOB# 703697) | Anthony Paronich |
| amcfarland@taftlaw.com | Paronich Law, P.C. |
| Taft Stettinius & Hollister LLP | 350 Lincoln Street, Suite 2400 |
| 200 Public Square, Suite 3500 | Hingham, MA 02043 |
| Cleveland, OH  44114-2302 | P: (617) 485-0018 | F: (508) 318-8100 |
| P: 216.241.2838 | F: 216.241.3707 | C: (508) 221-1510 |
| | |
| Theodore O'Brien (BBO# 710462) | *Attorney for Defendant Plaintiff* |
| (Application for admission to this U.S. District Court pending) | *Steven Novia* |
| tobrien@taftlaw.com | |
| Taft Stettinius & Hollister LLP | */s/  Daniel J. Cloherty* |
| 675 Fifteenth Street, Suite 2300 | Daniel J. Cloherty |
| Denver, CO 80202 | dcloherty@clohertysteinberg.com |
| P: 303.297.2900 | F: 303.298.0940 | Alexandra Arnold |
| | aarnold@clohertysteinberg.com |
| Ian H. Fisher (*pro hac vice* forthcoming) | Cloherty & Steinberg LLP |
| ifisher@taftlaw.com | 33 Arch Street, Suite 3150 |
| Taft Stettinius & Hollister LLP | Boston MA 02110 |

2

| 111 East Wacker Drive, Suite 2600 Chicago, Illinois 60601 P: 312.527.4000 \| F: 312.527.4011 <br><br> *Attorneys for Defendant Mobiz Inc.* | P: (617) 481-0601 \| F: (617) 848-0830 <br><br> *Attorneys for Defendant Harris Brothers of Michigan, Inc.* |
| --- | --- |

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that, pursuant to Local Rule 7.1(a)(2), I conferred with counsel for Plaintiff, Anthony Paronich, on April 13, 2026, regarding this motion and with counsel for Defendant Harris Brothers of Michigan, Inc., Daniel J. Cloherty, on April 20, 2026, that both counsel agreed to the need for and the language of the Proposed Stipulated Protective Order.

*/s/ Ian H. Fisher*

Ian H. Fisher (*pro hac vice* forthcoming)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing  to be served upon all parties by electronic mail and this Court's ECF system, this 21st day of April, 2026.

*/s/ Allison McFarland*
Allison McFarland