# EXHIBIT 2


# Upload your file

Import your contacts in 3 steps                                              ▼

ⓘ Your account only supports sending to US/CA numbers; numbers that exist outside of this region will be returned as "invalid number" errors on import.



**Drop files here or browse**
Only CSV files are supported

☐ These contacts have given explicit consent ⧉ to be contacted by, and receive marketing communication from, my organization.

☑ Update contacts

If any contacts match those in your database, we will replace the old data with the new data contained in this file.
By not checking this box, we will only add new contacts to your database.