**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **STEVEN NOVIA,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> **MOBIZ INC.** <br> AND <br> **HARRIS BROTHERS OF MICHIGAN, INC.** <br><br> *Defendants.* | Case No. <br>   1:25-cv-11036-AK |

**JOINT MOTION TO STAY PROCEEDINGS
AND CONTINUE SCHEDULING CONFERENCE**

Plaintiff Steven Novia ("Plaintiff") and Defendants Mobiz Inc. and Harris Brothers of Michigan, Inc. ("Defendants"), by and through their undersigned counsel, respectfully move this Court for an order staying proceedings in this matter for ninety (90) days and continuing the Scheduling Conference presently set for May 18, 2026. In support thereof, the parties state as follows:

1.     The Court has scheduled a remote Scheduling Conference in this matter for May 18, 2026 at 3:00 p.m.

2.     Since the filing of the action, the parties have engaged in discussions regarding the potential resolution of this matter through private mediation.

3.     The parties have agreed to participate in mediation before Bradley A. Winters of JAMS.

4.      The parties believe that a temporary stay of proceedings will conserve judicial resources and permit the parties to focus their efforts on potentially resolving this matter without the need for further litigation and discovery during the pendency of mediation efforts.

5.      The parties further believe that continuing the Scheduling Conference until after mediation will promote efficiency and avoid unnecessary expenditure of party and judicial resources.

6.      This request is made jointly by all parties and is not sought for purposes of delay.

WHEREFORE, the parties respectfully request that this Court:

A. Stay all proceedings in this matter for ninety (90) days;

B. Continue the Scheduling Conference presently set for May 18, 2026 to a date after the expiration of the requested stay; and

C. Grant such other and further relief as the Court deems just and proper.

Date: May 14, 2026                    Respectfully submitted,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff*

*/s/ Ian H. Fisher*
Allison McFarland (BBO# 703697)
amcfarland@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
P: 216.241.2838 | F: 216.241.3707

Theodore O'Brien (BBO# 710462)
Taft Stettinius & Hollister LLP
675 Fifteenth Street, Suite 2300
Denver, CO 80202
P: 303.297.2900 | F: 303.298.0940

Ian H. Fisher (appearing *pro hac vice*)
ifisher@taftlaw.com
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
P: 312.527.4000 | F: 312.527.4011

*Attorneys for Defendant Mobiz Inc.*

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
Alexandra Arnold (BBO 706208)
aarnold@clohertysteinberg.com
Cloherty & Steinberg LLP
One Financial Center, Suite 1120
Boston, MA  02111
617-481-0160

*Attorneys for Harris Brothers of Michigan, Inc.*