AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Steven Novia, individually and on behalf of all others similarly situated, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-11036-AK |
| Mobiz Inc. and Harris Brothers of Michigan, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mobiz Inc.                                                                .

Date:     05/13/2026                          */s/Ian H. Fisher*
                                                            *Attorney's signature*

                                                   Ian H. Fisher (IL Bar 6224920)
                                                      *Printed name and bar number*

                                                   111 East Wacker Drive, Suite 2600
                                                   Chicago, Illinois 60601
                                                            *Address*

                                                   ifisher@taftlaw.com
                                                         *E-mail address*

                                                   (312) 527-4000
                                                      *Telephone number*

                                                   (312) 527-4011
                                                         *FAX number*

## **Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF.

/s/Ian H. Fisher
Ian H. Fisher