**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| STEVEN NOVIA, individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>         v. <br><br> MOBIZ, INC.; HARRIS BROTHERS OF MICHIGAN, INC., <br><br>     Defendants. |

Civil Action No. 1:25-cv-11036-AK

**DEFENDANT HARRIS BROTHERS OF MICHIGAN'S ANSWER**
**AND AFFIRMATIVE DEFENSES TO DEFENDANT MOBIZ, INC'S CROSSCLAIM**

Pursuant to Fed. R. Civ. P. 8, Defendant Harris Brothers of Michigan, Inc. ("Harris Brothers") hereby submits the following Answer and Affirmative Defenses to Defendant and Cross-Claimant Mobiz, Inc.'s ("Mobiz") Crossclaim [Dkt. No. 53].

**ANSWER**

Harris Brothers hereby answers Mobiz's Crossclaim as follows:

**PARTIES**

1. Harris Brothers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this Paragraph.

2. Admitted.

3. Admitted that Plaintiff filed a Complaint in this action.

**JURISDICTION AND VENUE**

4. This Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Harris Brothers admits only that Mobiz purports to invoke

1

supplemental jurisdiction under 28 U.S.C. § 1367 based on the same underlying events as the Complaint and denies the remaining allegations in this Paragraph.

5.      This Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Harris Brothers admits only that Mobiz alleges venue on the ground that its Crossclaim arises from the same transaction or occurrence alleged in the Complaint and denies the remaining allegations in this Paragraph.

## FACTUAL ALLEGATIONS

6.      Harris Brothers states that the Complaint [Dkt. No. 1] is the best evidence of its contents. To the extent that this Paragraph accurately quotes or paraphrases allegations contained in the Complaint, Harris Brothers admits that the Complaint contains such allegations. Harris Brothers denies any remaining allegations in this Paragraph, including any characterization of those allegations as established fact.

7.      Harris Brothers states that the Complaint is the best evidence of its contents. To the extent that this Paragraph accurately quotes or paraphrases allegations contained in the Complaint, Harris Brothers admits that the Complaint contains such allegations. Harris Brothers denies any remaining allegations in this Paragraph, including any characterization of those allegations as established fact or as a complete and accurate description of the parties' relationship.

8.      Harris Brothers states that its Crossclaim [Dkt. No. 45] is the best evidence of its contents. To the extent that this Paragraph accurately quotes or paraphrases allegations or admissions contained in Harris Brothers' Crossclaim, Harris Brothers admits that its Crossclaim contains such allegations and admissions. Harris Brothers denies any remaining allegations in this Paragraph.

9. Harris Brothers states that its Crossclaim is the best evidence of its contents. To the extent that this Paragraph accurately quotes or paraphrases allegations or admissions contained in Harris Brothers' Crossclaim, Harris Brothers admits that its Crossclaim contains such allegations and admissions. Harris Brothers denies any remaining allegations in this Paragraph.

10. Harris Brothers states that Exhibit 1 [Dkt. No. 53-1] is the best evidence of its contents. Harris Brothers denies that Mobiz's Terms and Conditions of Use governed the parties' relationship in the manner alleged by Mobiz.

11. Admitted that Exhibit 1 is attached to Mobiz's Crossclaim and purports to be a copy of Mobiz's Terms and Conditions of Use.

12. Harris Brothers states that Exhibit 1 is the best evidence of its contents. To the extent that this Paragraph accurately quotes or paraphrases Exhibit 1, Harris Brothers admits that Exhibit 1 contains the language alleged by Mobiz. Harris Brothers otherwise denies the allegations in this Paragraph.

13. Harris Brothers states that Exhibit 1 is the best evidence of its contents. To the extent that this Paragraph accurately quotes or paraphrases Exhibit 1, Harris Brothers admits that Exhibit 1 contains the language alleged by Mobiz. Harris Brothers otherwise denies the allegations in this Paragraph.

14. Harris Brothers states that Exhibit 1 is the best evidence of its contents. To the extent that this Paragraph accurately quotes or paraphrases Exhibit 1, Harris Brothers admits that Exhibit 1 contains the language alleged by Mobiz. Harris Brothers otherwise denies the allegations in this Paragraph.

15.    Harris Brothers states that Exhibit 1 is the best evidence of its contents. To the extent that this Paragraph accurately quotes or paraphrases Exhibit 1, Harris Brothers admits that Exhibit 1 contains the language alleged by Mobiz. Harris Brothers otherwise denies the allegations in this Paragraph.

16.    Denied.

17.    Harris Brothers states that Exhibit 1 is the best evidence of its contents. To the extent that this Paragraph accurately quotes or paraphrases Exhibit 1, Harris Brothers admits that Exhibit 1 contains the language alleged by Mobiz. Harris Brothers otherwise denies the allegations in this Paragraph.

18.    Harris Brothers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this Paragraph.

19.    Harris Brothers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this Paragraph.

20.    Harris Brothers states that Exhibit 2 [Dkt. No. 53-2] is the best evidence of its contents. To the extent that this Paragraph alleges that Exhibit 2 is attached to Mobiz's Crossclaim, Harris Brothers admits that Exhibit 2 appears to be attached as an exhibit to Mobiz's Crossclaim. Harris Brothers otherwise denies the allegations in this Paragraph.

21.    Harris Brothers states that the Complaint is the best evidence of its contents. To the extent that this Paragraph accurately quotes or paraphrases allegations contained in the Complaint, Harris Brothers admits that the Complaint contains such allegations. Harris Brothers denies any remaining allegations in this Paragraph, including any characterization of those allegations as established fact.

22.    Denied.

23.   Denied.

24.   Harris Brothers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this Paragraph.

## COUNT I
## (CONTRACTUAL INDEMNITY)

25.   Harris Brothers incorporates by reference its responses to all of the foregoing paragraphs as if fully set forth herein.

26.   Denied.

27.   Denied.

28.   Denied.

29.   Denied.

30.   Denied.

31.   Denied.

## COUNT II
## (BREACH OF CONTRACT)

32.   Harris Brothers incorporates by reference its responses to all of the foregoing paragraphs as if fully set forth herein.

33.   Denied.

34.   Denied

35.   Denied

36.   Denied

37.   Denied

38.   Denied.

## COUNT III
### (INTENTIONAL MISREPRESENTATION)

39.     Harris Brothers incorporates by reference its responses to all of the foregoing paragraphs as if fully set forth herein.

40.     Denied.

41.     Denied.

42.     Denied.

43.     Denied.

44.     Denied.

45.     Denied.

## COUNT IV
### (NEGLIGENT MISREPRESENTATION)

46.     Harris Brothers incorporates by reference its responses to all of the foregoing paragraphs as if fully set forth herein.

47.     The allegations in this Paragraph set forth an alternative theory of relief to which no response is required, but to the extent a response is required, Harris Brothers denies the same.

48.     Denied.

49.     Denied.

50.     Denied.

51.     Denied.

52.     Denied.

## COUNT V
### (CONTRIBUTION)

53.     Harris Brothers incorporates by reference its responses to all of the foregoing paragraphs as if fully set forth herein.

54.    Admitted.

55.    Denied.

56.    Denied.

57.    Denied.

58.    Denied.

Harris Brothers denies that Mobiz is entitled to any of the relief it requests in its Prayer for Relief.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

This Court lacks personal jurisdiction over Harris Brothers.

### Second Affirmative Defense

The Crossclaim fails to state any claim upon which relief can be granted.

### Third Affirmative Defense

Mobiz's claims against Harris Brothers are barred, in whole or in part, because Harris Brothers did not cause any of Mobiz's alleged harm.

### Fourth Affirmative Defense

Mobiz's claims are barred, in whole or in part, by the doctrines of estoppel, waiver, and/or unclean hands.

### Fifth Affirmative Defense

Mobiz's claims are barred, in whole or in part, by Mobiz's prior material breach of its agreements with Harris Brothers.

### Sixth Affirmative Defense

Mobiz's claims are barred, in whole or in part, because Mobiz's own conduct played a role in creating its damages.

7

**Seventh Affirmative Defense**

Any recovery sought by Mobiz under its online Terms and Conditions is barred or limited because the Terms are inapplicable, ambiguous, incomplete, unconscionable, waived, superseded by other representations or agreements, or otherwise unenforceable as applied to the facts alleged here.

**Eighth Affirmative Defense**

Any recovery by Mobiz must be reduced or barred by the doctrines of setoff and recoupment to the extent Harris Brothers has incurred damages, fees, or costs arising out of the same transactions and occurrences, including those alleged in Harris Brothers' Crossclaim against Mobiz.

**Ninth Affirmative Defense**

Mobiz's contribution claim is barred, in whole or in part, to the extent contribution is unavailable under applicable law for the claims asserted by Plaintiff or where Mobiz seeks contribution for losses attributable to its own conduct.

**Tenth Affirmative Defense**

Mobiz's claims are barred, in whole or in part, to the extent Mobiz failed to mitigate its alleged damages.

> Respectfully submitted,
>
> */s/ Alexandra Arnold*
> Alexandra Arnold (BBO #706208)
> aarnold@clohertysteinberg.com
> Daniel J. Cloherty (BBO #565772)
> dcloherty@clohertysteinberg.com
> CLOHERTY & STEINBERG LLP
> One Financial Center, Suite 1120
> Boston, MA 02111

Dated: May 19, 2026                     617-481-0160

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on May 19, 2026.

*/s/ Alexandra Arnold*
Alexandra Arnold

9