**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **STEVEN NOVIA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**MOBIZ INC.**<br>**AND**<br>**HARRIS BROTHERS**<br>**OF MICHIGAN, INC.**<br><br>*Defendants.* | Case No.<br>1:25-cv-11036-AK<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's May 14, 2026 Electronic Order (Dkt. 57), Plaintiff Steven Novia and Defendants Mobiz Inc. and Harris Brothers of Michigan, Inc. respectfully submit this Joint Status Report. The parties participated in mediation in an effort to resolve this matter. The mediation concluded at an impasse, and the parties have not reached a settlement and do not believe that further negotiations will be productive.

Accordingly, the parties respectfully request that the Court proceed with the Scheduling Conference on August 20 as scheduled so that the Court and the parties may address the schedule for discovery and further proceedings in this action.

Respectfully submitted,

Dated: August 7, 2026

Plaintiff,
By Counsel,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
Alexandra Arnold (BBO #706208)
Cloherty & Steinberg LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160
dcloherty@clohertysteinberg.com
aarnold@clohertysteinberg.com

For Defendant Mobiz Inc.

By: */s/ Ian H. Fisher*
Ian H. Fisher
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2600
Chicago, Illinois 60601
(312) 527-4000
ifisher@taftlaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: August 7, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich