**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **STEVEN NOVIA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**MOBIZ INC.**<br>**AND**<br>**HARRIS BROTHERS**<br>**OF MICHIGAN, INC.**<br><br>*Defendants.* | Case No.<br>1:25-cv-11036-AK<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**Notice of Settlement**

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: August 20, 2026

PLAINTIFF,

*/s/ Anthony I. Paronich*

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com