**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Steven Novia, | ) | |
| Plaintiff, | ) | Civil Action No. 25-CV-11306 |
| v. | ) | |
| Mobiz Inc. et al, | ) | |
| Defendant (s). | ) | |

**SETTLEMENT ORDER OF DISMISSAL**

**A. KELLEY, D.J.**

The Court having been advised on August 20, 2026, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within sixty (60) days if settlement is not consummated.

Dated: August 21, 2026

By the Court,

/s/ Courtney Horvath
Deputy Clerk